```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
Benjamin Tanenbaum, on behalf of
All others similarly situated,
                Plaintiff,
        -against-                       STIPULATION OF DISMISSAL

Zwicker & Associates, P.C.,             19 CV 6924

                Defendant.
----------------------------------x
```

      WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

      WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ZWICKER & ASSOCIATES, P.C., with prejudice and without costs to any party.

| BENJAMIN TANENBAUM | ZWICKER & ASSOCIATES, P.C. |
|---|---|
| _/s/ David M. Barshay_ | _/s/ Arthur Sanders_ |
| DAVID M. BARSHAY, ESQ. | ARTHUR SANDERS. ESQ. |
| BARSHAY SANDERS, PLLC | BARRON & NEWBURGER, P.C. |
| 100 Garden City Plaza, Ste. 500 | 30 South Main Street |
| Garden City, NY  11530 | New City, NY  10956 |
| Attorneys for plaintiff | Attorneys for defendant |

SO ORDERED:

**s/ LDH**       **July 7, 2020**
_____
Honorable LaShann DeArcy Hall, U.S.D.J.
Eastern District of New York